UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE SYLVE, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-325** |
| **WARDEN N. BURL CAIN** | **SECTION "E"** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lawrence Sylve, III's Petition for Issuance of a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 12th day of August, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**